UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Theresa N. Clements fka Theresa N Clements<br>Debtor(s)<br><br>MIDFIRST BANK<br>    Movant<br>v.<br>Theresa N. Clements fka Theresa N Clements<br>    Respondent(s)<br>and<br>Lisa M. Swope, Trustee<br>    Additional Respondent | BANKRUPTCY NO. 19-70716-JAD<br><br>CHAPTER 7<br><br>RELATED TO DOC. NO. 17<br><br>**DEFAULT O/E JAD** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 13th day of Februry, 2020, at Pittsburgh, upon Motion of MIDFIRST BANK, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 103 Truman Street, Hollidaysburg, PA 16648 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Jeffery A. Deller
United States Bankruptcy Judge

FILED
2/13/20 8:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Theresa N. Clements fka Theresa N Clements
103 Truman Street
Hollidaysburg, PA 16648

Shawn B. Cohen Esq.
PO Box 663
Ducansville, PA 16635
shawn@attyshawncohen.com

Lisa M. Swope
219 South Center Street
P.O. Box 270
Ebensburg, PA 15931

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Theresa N Clements  
     Debtor

Case No. 19-70716-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 1     Date Rcvd: Feb 13, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.  
db             +Theresa N Clements,    103 Truman St,    Hollidaysburg, PA 16648-1347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:  
         James Warmbrodt     on behalf of Creditor     MIDFIRST BANK bkgroup@kmllawgroup.com  
         Lisa M. Swope     on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,    jas@nsslawfirm.com, PA73@ecfcbis.com  
         Lisa M. Swope     lms@nsslawfirm.com,    jas@nsslawfirm.com,PA73@ecfcbis.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Shawn B. Cohen     on behalf of Debtor Theresa N Clements shawn@attyshawncohen.com, notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com  
                                                                                                        TOTAL: 5