**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Theresa N Clements** | Social Security number or ITIN  **xxx–xx–0771** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19–70716–JAD**

# Order of Discharge      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Theresa N Clements
fka Theresa N Clements

3/18/20     **By the court:**  Jeffery A. Deller
                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 19-70716-JAD
Theresa N Clements                                                      Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-7          User: admin                Page 1 of 2             Date Rcvd: Mar 18, 2020
                              Form ID: 318               Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db             +Theresa N Clements,    103 Truman St,    Hollidaysburg, PA 16648-1347
tr             +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
15161963       +AmeriHome Mortgage,    1 Baxter Way,    Suite 300,    Thousand Oaks, CA 91362-3888
15161965       +Bryant State Bank,    Attn: Bankruptcy,    Po Box 215,    Bryant, SD 57221-0215
15161967       +Cbna,    Attn: Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15161979       +DFS, Llc/Discover Financial Services,    Attn: Bankruptcy,    Po Box 81577,
                 Austin, TX 78708-1577
15161980       +Financial Resources Fc,    520 Route 22 East,    Bridgewater, NJ 08807-2489
15161981       +Kish Valley,    4255 E Main St, Rte 655,    Belleville, PA 17004-9291
15161982       +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
15161985       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
15161986       +Sterling Jewelers, Inc.,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:47:11      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +EDI: PRA.COM Mar 19 2020 07:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15161962       +EDI: GMACFS.COM Mar 19 2020 07:58:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
15161964        EDI: BANKAMER.COM Mar 19 2020 07:58:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
15161966       +EDI: CAPITALONE.COM Mar 19 2020 07:58:00      Capital One / Boscov,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
15161969       +EDI: CITICORP.COM Mar 19 2020 07:58:00      Citibank,    Attn: Recovery/Centralized Bankruptcy,
                 Po Box 790034,    St Louis, MO 63179-0034
15161970       +EDI: CITICORP.COM Mar 19 2020 07:58:00      Citibank/The Home Depot,
                 Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15161971       +EDI: WFNNB.COM Mar 19 2020 07:58:00      Comenity Bank/Bon Ton,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15161972       +EDI: WFNNB.COM Mar 19 2020 07:58:00      Comenity Bank/Kay Jewelers,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
15161973       +EDI: WFNNB.COM Mar 19 2020 07:58:00      Comenity Bank/Pier 1,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15161974       +EDI: WFNNB.COM Mar 19 2020 07:58:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15161975       +EDI: WFNNB.COM Mar 19 2020 07:58:00      Comenity Bkl/Ulta,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
15161977       +EDI: WFNNB.COM Mar 19 2020 07:58:00      Comenitybank/Sterling,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
15161976       +EDI: WFNNB.COM Mar 19 2020 07:58:00      Comenitybank/bonton,    Po Box 182789,
                 Columbus, OH 43218-2789
15161978       +EDI: WFNNB.COM Mar 19 2020 07:58:00      Comenitybk/bonton,    Po Box 182789,
                 Columbus, OH 43218-2789
15161968        EDI: JPMORGANCHASE Mar 19 2020 07:58:00      Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850
15161983       +E-mail/Text: BKRMailOPS@weltman.com Mar 19 2020 04:46:23      Marks and Morgan/Sterling Jewelers,
                 Attn: Bankruptcy,    375 Ghent Road,    Akron, OH 44333-4601
15161984       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 19 2020 04:42:08
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
15161987       +EDI: RMSC.COM Mar 19 2020 07:58:00      Syncb/Nationwide/Brand D,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15161988       +EDI: RMSC.COM Mar 19 2020 07:58:00      Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
15161989       +EDI: RMSC.COM Mar 19 2020 07:58:00      Synchrony Bank,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
15162435       +EDI: RMSC.COM Mar 19 2020 07:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15161990       +EDI: RMSC.COM Mar 19 2020 07:58:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
15161991       +EDI: RMSC.COM Mar 19 2020 07:58:00      Synchrony Bank/Lowes,    Attn:  Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15161992       +EDI: RMSC.COM Mar 19 2020 07:58:00      Synchrony Bank/Walmart,    Attn:  Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15161994        EDI: TFSR.COM Mar 19 2020 07:58:00      Toyota Financial Services,    Attn: Bankruptcy Dept,
                 Po Box 8026,    Cedar Rapids, IA 52409
15161993       +EDI: WTRRNBANK.COM Mar 19 2020 07:58:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                 Minneapolis, MN 55440-9475
15161995       +EDI: WFFC.COM Mar 19 2020 07:58:00      Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,
                 Po Box 10438,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 28
```

```
District/off: 0315-7          User: admin              Page 2 of 2              Date Rcvd: Mar 18, 2020
                              Form ID: 318             Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
aty*           +Lisa M. Swope,   Neugebauer & Swope, P.C.,   219 South Center Street,   P. O. Box 270,
                Ebensburg, PA 15931-0270
                                                                                        TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,  jas@nsslawfirm.com,
               PA73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com,   jas@nsslawfirm.com,PA73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Shawn B. Cohen    on behalf of Debtor Theresa N Clements shawn@attyshawncohen.com,
               notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
               ail.com
                                                                                             TOTAL: 5
```